UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GUMERCINDO GODINEZ-MOLINA                              CIVIL ACTION

VERSUS                                                              NO. 18-12756

BP EXPLORATION &                                          SECTION "R" (4)
PRODUCTION, INC., ET AL.

## ORDER AND REASONS

Plaintiff Gumercindo Godinez-Molina moves for a stay.[1] The motion is unopposed. Plaintiff states that he has "a new and different diagnosis that he claims was caused by his exposure to oil and/or oil-based dispersants during the time he worked as a cleanup worker for the Deepwater Horizon Oil Spill."[2] Plaintiff represents that he is submitting his new claim to the Claims Administrator, as required by the Medical Benefits Class Action Settlement Agreement.[3]

The Court finds that plaintiff has shown good cause for a temporary stay. If the Claims Administrator transmits the Notice of Intent to Sue to the BP defendants, plaintiff's new claim may require additional discovery. The

---

[1]   R. Doc. 34.
[2]   *Id.* at 1.
[3]   *Id.* at 3.

Court will therefore issue a short stay so that Claims Administrator may review the additional claim.

For the foregoing reasons, plaintiff's motion is GRANTED IN PART. The Court issues a stay for sixty days, and the case is administratively closed during the pendency of the stay. In light of the stay, defendants' motion for summary judgment is DENIED WITHOUT PREJUDICE, but may be refiled once the stay is lifted.[4]

New Orleans, Louisiana, this __4th__ day of August, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. 33.